IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00059-WYD-MEH

MOLLY MALONE,

     Plaintiff,

v.

DOUGLAS R. BURGESS, individually, and d/b/a BURGESS LAW OFFICE;
OFFICE OF DOUGLAS R. BURGESS, LLC, a New York limited liability company, d/b/a
LAW OFFICE OF DOUGLAS R. BURGESS, LLC;
DOUGLAS J. MACKINNON, SR.;
MARK BOHN;
ACCOUNT MANAGEMENT SERVICES OF NEW YORK, LLC,
a New York limited liability company; and
FIRST AMERICAN INVESTMENT COMPANY, LLC, a New York limited liability
company,

     Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice [# 37], filed May 21, 2007.  After careful review of the file and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court has concluded that the stipulation should be approved and that Plaintiff's claims against the Defendants should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the Stipulation of Dismissal With Prejudice [# 37] is **APPROVED**; and that Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated: May 21, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge